**FILED**
**CLERK**
4/28/2020 10:42 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JESSE LEE STEWART, JR.,

        Petitioner,

  -against-

STATE OF NEW YORK,

        Respondent.
---------------------------------------------------------------X

**ORDER TO SHOW CAUSE**
20-CV-00329 (JMA)

**AZRACK, United States District Judge:**

    On January 17, 2020, *pro se* petitioner Jesse Lee Stewart, Jr. ("Petitioner") filed a petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (the "Petition," ECF No. 1) together with an application to proceed *in forma pauperis*. (ECF No. 2.) Upon review of the Petition, and Petitioner's declaration in support of the application to proceed *in forma pauperis*, the Court finds that Petitioner is qualified to commence this action without prepayment of the filing fee. 28 U.S.C. § 1915(a)(1).

    Accordingly, it is ORDERED, that

1) Petitioner's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

2) Within sixty (60) days of receipt of this order, the Attorney General of the State of New York, or the District Attorney of Suffolk County, as attorney for Respondent, shall: (a) show cause before this Court by the filing of a return to the Petitioner, why a writ of habeas corpus should not be issued; and (b) shall serve a copy of their return on the Petitioner herein and file the original thereof with proof of such service, with the Clerk of this Court;

3) Simultaneously, Respondent is required to electronically file the State Court Record—

including the trial transcript and record; copies of petitioner's and the District Attorney's briefs on appeal; briefs in connection with any proceedings pursuant to Section 440 of the New York Criminal Procedure Law; briefs in connection with any proceedings pursuant to an application for a writ of error coram nobis; and all relevant state court decisions and opinions—with no individual attachment exceeding twenty (20) megabytes;

4) Respondent is also directed to supply a hard copy of the State Court Record to Chambers clearly marked "Courtesy Copy, original filed on ECF";

5) Petitioner, within twenty-one (21) days of service of a copy of the return, shall file a reply, if any, with the Clerk of this Court and serve a copy thereof upon Respondent;

6) If the District Attorney serves and files a motion to dismiss the Petition on the grounds that it was not timely filed, the District Attorney may defer filing a return (and the accompany State Court Record) pending the determination of the motion to dismiss; and

7) Service of a copy of this Order to Show Cause shall be made by the Clerk of this Court electronically, together with a copy of the Petition, to the Attorney General of the State of New York and to the District Attorney of Suffolk County, and by mailing a copy of this order to the Petitioner.

**SO ORDERED.**

Date:   April 28, 2020
        Central Islip, New York

                                                      /s/ (JMA)
                                            Joan M. Azrack
                                            United States District Judge